B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 12–31962–DOT
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stacie O. Wallace Sr.
aka Stacie O'neal Wallace Sr.
5916 Westower Ct
Richmond, VA 23225

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1717

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Stacie O. Wallace Sr. is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: July 11, 2012                                                  William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                  Eastern District of Virginia
In re:                                                                          Case No. 12-31962-DOT
Stacie O. Wallace, Sr.                                                          Chapter 7
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0422-7           User: admin                  Page 1 of 3                   Date Rcvd: Jul 12, 2012
                               Form ID: B18                 Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2012.
db          +Stacie O. Wallace, Sr.,    5916 Westower Ct,    Richmond, VA 23225-5942
11065493    +AT&T,   208 S.Akard St,    Dallas, TX 75202-4208
11065490    +Aaron's Rental,    7252 W. Broad St.,    Henrico, VA 23294-3637
11065491    +Am Cred& Col,    921 Oak St,   Scranton, PA 18508-1235
11065504    +CJW Medical Center,    PO Box 13620,    Richmond, VA 23225-8620
11065497    +Capital Recovery Service,    PO Box 1170,    Fairfax, VA 22038-1170
11065498    +Caudle & Ballato,    3123 West Broad Street,    Richmond, VA 23230-5106
11065499    +Caudle and Ballato,    re: Rentalworks, KNR,    3123 West Broad Street,    Richmond, VA 23230-5106
11065500   #+Cavalier Telephone,    PO Box 2950,    Henrico, VA 23228-9700
11065501     Cavalier Telephone,    2704 Alt 19,    Palm Harbor, FL 34683-2639
11065502    +Cawthorn Picard Rowe Deskevich,    & Gavin,    8310 Midlothian Turnpike,    Richmond, VA 23235-5120
11065503    +Check City,    PO Box 970183,    Orem, UT 84097-0183
11065506     CollectechSystems,    PO Box 561567,    Columbus, OH 43236-0000
11065507    +Comcast Cablevision,    6510 Iron Bridge Rd,    Richmond, VA 23234-5263
11065508     Commonwealth Radiology, PC,    1508 Willow Lawn Drive,    Suite 117,    Richmond, VA 23230-3421
11065509    +Credit Adjustment Board,    306 East Grace St,    Richmond, VA 23219-1718
11065510    +Credit America,    80 West Upper Ferry Road,    Trenton, NJ 08628-2736
11065512    +HCA Health Services of VA,    t/a Henrico Doctors Hospital,    500 Hioaks Rd,
              Richmond, VA 23225-4061
11065513    +Heavenly Motors,    6332-B Midlothian Tnpk,    Richmond, VA 23225-5722
11065514     Henrico Doctor's Hospital,    PO Box 13620,    Richmond, VA 23225-8620
11065515    +Inofin Inc,    55 Accord Park Dr.,    Rockland, MA 02370-1065
11065516    +JBC Legal Group, PC,    2 Broad Street 6th Floor,    Bloomfield, NJ 07003-2547
11065517    +John J Hennessey IV MD,    1401 Johnston Willis Dr. 5300,    Richmond, VA 23235-4730
11065519    +LoanSmart,    503 E Laburnum Ave,    Richmond, VA 23222-2122
11065521    +M Richard Epps, P.C.,    605 Lynnhaven Pkwy, Ste 200,    Virginia Beach, VA 23452-7484
11065522     MCV Physicians of the VCU Heal,    1605 Rhoadmiller St,    Richmond, VA 23220-1100
11065524    +Motor Mile Auto Sales,    5350 Midlothian Tnpk,    Richmond, VA 23225-6215
11065527    +Parrish and LeBar, LLP,    re: MCV Physicians,    5 E Franklin St.,    Richmond, VA 23219-2105
11065529    +Professional Credit Solutions,    PO Box 2625,    Chesterfield, VA 23832-9124
11065531    +Radiology Associates of Rchmnd,    PO Box 13343,    Richmond, VA 23225-0343
11065530    +Radiology Associates of Rchmnd,    2602 Buford Road,    Richmond, VA 23235-3422
11065533    +Rentalworks, KNR,    6520 West Broad St,    Richmond, VA 23230-2014
11065534    +Security Check, LLC,    PO Box 1530, Dept 10,    Southaven, MS 38671-1530
11065535    +Shenandoah Legal,    re: Asset Acceptance,    310 Jefferson Street S.E.,    Roanoke, VA 24011-2004
11065536     Solomon and Solomon,    Columbia Circle,    Box 15019,    Albany, NY 12212-5019
11065537    +Southside Financial Service,    707 Johnston Willis Dr.,    Richmond, VA 23236-3953
11065538     United Consumers,    PO Box 4466,    Woodbridge, VA 22194-4466
11065539     VCU Health System -- MCV Hosp.,    Set-off Debt Section,    PO Box 980462,
              Richmond, VA 23298-0462
11065541     Virginia Credit Union,    PO Box 90010,    Richmond, VA 23225-9010
11065542     Virginia Emer Phys LLP,    75 Remittance Drive, Ste 1151,    Chicago, IL 60675-1151
11065543    +Virginia Emer Phys LLP,    PO Box 85573,    Richmond, VA 23285-5573
11065544     Virginia Hospitalists Inc,    PO Box 403185,    Atlanta, GA 30384-3185
11065546     Worldcom Wireless,    PO Box 14197,    Scottsdale, AZ 85267-4197

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QLLTAVENNER.COM Jul 13 2012 02:03:00      Lynn L. Tavenner,    Tavenner & Beran, PLC,
              20 North Eighth Street, Second Floor,    Richmond, VA 23219-3302
11065492     EDI: ACCE.COM Jul 13 2012 02:03:00      Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
11065505    +EDI: HCA2.COM Jul 13 2012 02:03:00      CJW Medical Center,    Chippenham Campus,
              7101 Jahnke Road,    Richmond, VA 23225-4044
11065494    +EDI: CAPIO.COM Jul 13 2012 02:03:00      Capio Partners Llc,    2222 Texoma Pkwy Ste 150,
              Sherman, TX 75090-2481
11065495     EDI: CAPITALONE.COM Jul 13 2012 01:58:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
              Salt Lake City, UT 84130-0285
11065496     EDI: CAPITALONE.COM Jul 13 2012 01:58:00      Capital One Services,    1957 Westmoreland Rd,
              Richmond, VA 23276-5617
11065511    +EDI: CCS.COM Jul 13 2012 02:03:00      Credit Collection Services,    Two Wells Ave,
              Newton Center, MA 02459-3246
11065518     EDI: PHINPLAZA.COM Jul 13 2012 01:58:00      Law Offices of Mitchell N Kay,    PO Box 9006,
              Smithtown, NY 11787-9006
11065523    +EDI: MID8.COM Jul 13 2012 02:03:00      Midland Credit Management,    8875 Aero Dr, Ste 200,
              San Diego, CA 92123-2255
11065525    +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 13 2012 02:43:22     NCO Financial Systems,
              1804 Washington Blvd, Dept 600,    Baltimore, MD 21230-1700
11065526    +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 13 2012 02:43:22     NCO Financial Systems,
              507 Prudential Road,    Horsham, PA 19044-2368
11065532    +E-mail/Text: COLLEEN.ATKINSON@RMSCOLLECT.COM Jul 13 2012 02:23:39
              Receivables Management System,    PO Box 8630,    Richmond, VA 23226-0630
11065540    +EDI: AFNIVERIZONE.COM Jul 13 2012 01:58:00      Verizon Bankruptcy,    PO Box 3037,
              Bloomington, IL 61702-3037
11065541     EDI: VACU.COM Jul 13 2012 02:03:00      Virginia Credit Union,    PO Box 90010,
              Richmond, VA 23225-9010
```

```
District/off: 0422-7           User: admin               Page 2 of 3                Date Rcvd: Jul 12, 2012
                               Form ID: B18              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
11065545     +EDI: WESTASSET.COM Jul 13 2012 02:03:00      West Asset,   2703 N Highway 75,
              Sherman, TX 75090-2567
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11065520*    +LoanSmart LLC,   503 E Laburnum Ave,   Richmond, VA 23222-2122
11065528    ##+Portfolio Recvry&affil,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                          TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0422-7          User: admin              Page 3 of 3              Date Rcvd: Jul 12, 2012
                              Form ID: B18             Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2012 at the address(es) listed below:
        Lynn L. Tavenner    ltavenner@tb-lawfirm.com,   ltavenner@ecf.epiqsystems.com;jwolf@tb-lawfirm.com
        Robert B. Duke    on behalf of Debtor Stacie Wallace rdukelaw@gmail.com,
         2debtlawgroup@gmail.com;cdd147@gmail.com;thedebtlawgroupmail@gmail.com
                                                                                                                           TOTAL: 2